Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772 1200
Facsimile: (415) 772 7400

James W. Ducayet (*pro hac vice pending*)
jducayet@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853 7000
Facsimile: (312) 853 7036

Michele L. Aronson (*pro hac vice pending*)
maronson@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736 8000
Facsimile: (202) 736 8711

*Attorneys for Defendant TaxAct, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICOLAS C. SMITH-WASHINGTON, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAXACT, INC., an Iowa Corporation<br><br>Defendant. | Case No. 3:23-CV-00830-VC<br><br>Assigned to Hon. Vince Chhabria<br><br>**STIPULATED REQUEST TO MODIFY THE MOTION TO STAY HEARING DATE AND TO EXTEND TIME FOR PLAINTIFF'S RESPONSE AND TAXACT, INC.'S REPLY TO MOTION TO STAY**<br><br>Case Removed: February 23, 2023<br><br>(Superior Court Of California Alameda County, Case No. 23cv026204) |

WHEREAS, on March 3, 2023, TaxAct, Inc. moved to stay this proceeding pending arbitration with Plaintiff and then during the pendency of the arbitration pursuant to 9 U.S.C. § 3 (the "Motion to Stay");

WHEREAS, Plaintiff's response to the Motion to Stay is due by March 16, 2023;

WHEREAS, TaxAct, Inc.'s reply to Plaintiff's response to the Motion to Stay is due by March 23, 2023;

WHEREAS, the Motion to Stay Hearing is set for April 6, 2023 at 10:00 a.m. Pacific time;

WHEREAS, on March 3, 2023, the parties stipulated that the time for Defendant TaxAct, Inc. to answer or otherwise plead in response to the Complaint shall be 14 days after the Court either denies the Motion to Stay or, if it grants the Motion to Stay, until 14 days after the stay is lifted;

WHEREAS, in order to accommodate scheduling conflicts, the parties have agreed to a revised hearing date and briefing schedule as set forth below.

WHEREAS, pursuant to Local Rules 6-1(b) and 6-2, the parties seek to request the Court's permission to (i) change the Motion to Stay Hearing date; (ii) extend the time for Plaintiff's Motion to Stay; and (iii) extend the time for TaxAct's reply to Plaintiff's response; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. The Motion to Stay Hearing will be set for June 1, 2023 at 10 a.m. Pacific time;
2. Plaintiff's response to the Motion to Stay will be due by May 4, 2023;
3. TaxAct, Inc.'s reply to Plaintiff's response to the Motion to Stay will be due by May 18, 2023; and
4. No other dates or deadlines shall be altered by this stipulation.

///
///
///

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  March 10, 2023

*/s/ Sheila A.G. Armbrust*
Sheila A.G. Armbrust (SBN 265998)
SIDLEY AUSTIN LLP

*Attorney for Defendant TaxAct, Inc.*

Dated: March 10, 2023

*/s/Ari Cherniak*
Ari Cherniak (SBN 290071)
HAMMONDLAW, P.C.

*Attorney for Plaintiff Nicolas C. Smith-Washington*

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Sheila A.G. Armbrust, attest that concurrence in the filing of this document has been obtained.

Dated:  March 10, 2023

*/s/ Sheila A.G. Armbrust*
Sheila A.G. Armbrust

2

STIPULATED REQUEST TO MODIFY THE MOTION TO STAY HEARING DATE AND TO EXTEND TIME FOR PLAINTIFF'S RESPONSE AND TAXACT, INC.'S REPLY TO MOTION TO STAY, CASE NO. 3:23-CV-00830-VC