1   JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
2   ADRIAN BARNES (SBN 253131)
abarnes@hammondlawpc.com
3   ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
4   POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
5   HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
6   Tacoma, WA 98402
(310) 601-6766
7   (310) 295-2385 (Fax)
Attorneys for Plaintiff and Putative Class

8

9

10                     UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14   **NICOLAS C. SMITH-WASHINGTON,**     Case No. 3:23-cv-830-VC
individually and on behalf of all other similar
15   situated individuals,                   **REVISED JOINT STIPULATION TO
CONTINUE HEARING DATES ON**
16         Plaintiff,                       **DEFENDANT'S MOTION TO STAY AND
BRIEFING DEADLINES; PROPOSED**
17   vs.                                 **ORDER**

18   **TAXACT, INC.**, an Iowa Corporation,     **[LOCAL RULE 6-2]**

19         Defendant.

20

21

22

23

24

25

26

27

28

1     WHEREAS, on March 2, 2023, Defendant TaxAct, Inc. filed its Motion to Stay pursuant to

2  Section 3 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 3 *et seq*. (the "Motion to Stay"), on the

3  ground that Plaintiff agreed to arbitrate all disputes with TaxAct on an individual basis. Dkt. 12.

4     WHEREAS, the Motion to Stay is currently set for hearing on April 6, 2023 at 10:00 a.m.

5     WHEREAS, pursuant to Civil L.R. 7-3, Plaintiff's opposition is due on March 16, 2023; and

6  Defendant's reply is due on March 23, 2023.

7     WHEREAS, on March 10, 2023, the parties filed a Joint Stipulation to Modify the hearing date

8  for Defendant's Motion to Stay until June 1, 2023, and to extend the deadline for Plaintiff to file his

9  response until May 4, 2023 and for Defendant to file its reply until May 18, 2023. Dkt. 18.

10    WHEREAS, on March 13, 2023, the Court denied the Stipulation, and stated that it would

11 consider a new stipulation with more information, a shorter extension, or both. Dkt. 19.

12    WHEREAS, in light of the Court's order, Plaintiff's counsel and counsel for Defendant submit

13 this revised stipulation seeking a shorter extension on the briefing schedule and on the Motion hearing

14 date, and providing additional information in support of the request, as follows:

15    WHEREAS, to comprehensively address all of the arguments raised in Defendant's Motion, and

16 to obtain information to support Plaintiff's contentions, Plaintiff requests more than the 14 days allowed

17 under Local Rule 7-3.

18    WHEREAS, Plaintiff and Defendant are meeting and conferring regarding records concerning

19 the alleged agreement to arbitrate, its validity, and its enforceability.

20    WHEREAS, in addition, Plaintiff is seeking to obtain an affidavit from the Internet Archive's

21 Wayback Machine attaching authenticated archived copies of TaxAct's website and Terms of Service

22 as they appeared throughout the relevant time period. Plaintiff's Counsel understands that it takes at

23 least 15 business days to obtain an affidavit from the Wayback Machine.

24    WHEREAS, in order to comprehensively address all of the arguments raised in Plaintiff's

25 anticipated response to the Motion to Stay, Defendant requires more than the 7 days allowed under

26 Local Rule 7-3.

27    WHEREAS, counsel for both parties will be observing a religious holiday during the first two

28 weeks of April.

WHEREAS, on March 3, 2023, the parties stipulated to an extension of time for Defendant to respond to Plaintiff's Complaint.

WHEREAS, there have been no other time modifications in this case.

WHEREAS, the parties' request for a change in the hearing date on the Motion to Stay, and enlargement of time on the briefing schedule, does not require changes to other deadlines in this case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. The Motion to Stay Hearing will be re-set for May 18, 2023 at 10 a.m.

2. Plaintiff's response to the Motion to Stay will be due by April 20, 2023.

3. TaxAct, Inc.'s reply to Plaintiff's response to the Motion to Stay will be due by May 4, 2023.

4. No other dates or deadlines shall be altered by this stipulation.

**IT IS SO STIPULATED.**

Dated:  March 13, 2023                    Respectfully submitted,


                                          /s/    Sheila Armbrust
                                          Sheila A.G. Armbrust (SBN 265998)
                                          SIDLEY AUSTIN LLP

                                          *Attorney for Defendant*
Dated: March 13, 2023                     *TaxAct, Inc.*


                                          /s/   Julian Hammond
                                          Julian Hammond (SBN 268489)
                                          HAMMONDLAW, P.C.
                                          *Attorney for Plaintiff Nicolas C. Smith-Washington*


                          **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Ari Cherniak, attest that concurrence in the filing of this document has been obtained.

Dated: March 13, 2023                     /s/ Ari Cherniak
                                          Ari Cherniak

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and and good cause being shown, IT IS ORDERED that:  (1) the hearing on Defendant's Motion to to Stay, currently scheduled for April 6, 2023, is continued until May 18, 2023 at 10:00 a.m.;  (2) the deadline for Plaintiff's opposition to the Motion to Stay, currently scheduled for March 16, 2023, is continued until April 20, 2023; and (3) the deadline for Defendant's reply on the Motion to Stay, currently scheduled for March 23, 2023, is continued until May 4, 2023.

**IT IS SO ORDERED**.

DATED:_____

                                                      HON. VINCE CHHABRIA
United States District Court Judge