JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
ADRIAN BARNES (SBN 253131)
abarnes@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
(310) 601-6766
(310) 295-2385 (Fax)

JASON SETH HARROW (SBN 308560)
jason@gerstein-harrow.com
GERSTEIN HARROW, LLP
3243b S. La Cienega Blvd.
Los Angeles, CA 90016
(323) 744-5293

EMILY GERRICK (*pro hoc vice pending*)
emily@gerstein-harrow.com
GERSTEIN HARROW, LLP
810 7th St. NE, Ste. 301
Washington, DC 20002
(202) 540-8105

Attorneys for Plaintiff and Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NICHOLAS C. SMITH-WASHINGTON**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**TAXACT, INC.**,<br><br>Defendant. | Case No. 3:23-cv-830-VC<br><br>Honorable Vince Chhabria<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE UNTIL AFTER THE HEARING ON DEFENDANT'S MOTION TO STAY UNDER 9 U.S.C. § 3** |

Pursuant to Civil Local Rules 6-12 and 7-12, and Paragraph 14 of the Court's Standing Order for Civil Cases, Plaintiff Nicholas C. Smith-Washington and Defendant TaxAct, Inc. hereby agree and stipulate that good cause exists to request an order from the Court continuing the Initial Case Management Conference currently scheduled for May 12, 2023 until May 26, 2023 – i.e. 14 days after the May 18, 2023 hearing on Defendant's Motion to Stay pursuant to Section 3 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 3 *et seq.*

WHEREAS, Defendant filed its Motion to Stay on March 2, 2023, and it was originally set to be heard on April 6, 2023 (Dkt. 12);

WHEREAS, on March 6, 2023 the Court set the initial Case Management Conference for May 12, 2023 (Dkt. 16);

WHEREAS, on March 16, 2023, the Court granted the Parties' stipulation to change the hearing date on the Motion to Stay to May 18, 2023, at 10:00 a.m.;

WHEREAS, the Court's Standing Order for Civil Case provides that if a "defendant files a motion to dismiss that is dispositive of the entire case, the parties can stipulate to move the initial case management conference by 13 days after the hearing on the motion";

WHEREAS, the Parties believe that Defendant's Motion to Stay is a potentially dispositive motion, akin to a motion to dismiss;

WHEREAS, the Parties believe that, in light of the foregoing and to conserve the Court's and the Parties' resources, good cause exists to continue the May 12, 2023 Initial Case Management Conference until May 26, 2023 (i.e. 14 days after the Court's hearing on Defendant's Motion to Stay, as the 13th day after May 12 is a Thursday, and the Court holds case management conferences only on Fridays), and good cause exists to continue all related case deadlines;

WHEREAS, the Parties do not seek to continue the Initial Case Management Conference for the purpose of delay, and the proposed modification will not affect any additional pre-trial and trial dates, which have not yet been set by the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to Court approval, that:

1. The Initial Case Management Conference may be set for May 26, 2023 at 10 a.m.;

2. The Parties; Joint Case Management Statement is due by May 19, 2023; and

3. And all related deadlines are continued accordingly.

**IT IS SO STIPULATED.**

Dated:  April 19, 2023

Respectfully submitted,

*/s/  Julian Hammond*
Julian Hammond (SBN 268489)
HAMMONDLAW, P.C.

*Attorney for Plaintiff Nicolas C. Smith-Washington*

Dated: April 19, 2023

*/s/Sheila A.G. Armbrust*
Sheila A.G. Armbrust (SBN 265998)
SIDLEY AUSTIN LLP

*Attorney for Defendant*
*TaxAct, Inc.*

**PROPOSED ORDER**

Pursuant to the stipulation of the parties and and good cause being shown, IT IS ORDERED that:  (1) the Initial Case Management Conference, currently scheduled for May 12, 2023, is continued until May 26, 2023 at 10:00 a.m.;  (2) the Parties' Joint Case Management Statement is due by May 19, 2023.

**IT IS SO ORDERED**.

DATED:_____

HON. VINCE CHHABRIA
United States District Court Judge