JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
ADRIAN BARNES (SBN 253131)
abarnes@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
Tel. (310) 601-6766
Fax (310) 295-2385

JASON SETH HARROW (SBN 308560)
jason@gerstein-harrow.com
GERSTEIN HARROW, LLP
3243b S. La Cienega Blvd.
Los Angeles, CA 90016
(323) 744-5293

EMILY GERRICK (*pro hoc vice pending*)
emily@gerstein-harrow.com
GERSTEIN HARROW, LLP
810 7th St. NE, Ste. 301
Washington, DC 20002
(202) 540-8105

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICHOLAS C. SMITH-WASHINGTON**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**TAXACT, INC.**,<br><br>Defendant. | Case No.: 3:23-CV-00830-VC<br><br>Assigned to Hon. Vince Chhabria<br><br>**DECLARATION OF POLINA BRANDLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY UNDER 9 U.S.C. § 3**<br><br>Date: May 18, 2023<br>Time: 10:00 A.M.<br>Court: Courtroom 4, 17th Floor<br><br>Date Action Filed: January 24, 2023<br>Removal Filed: February 23, 2023 |

I, Polina Brandler, declare as follows:

1. I am a member in good standing of the Bar of the State of California and associate at the law firm HammondLaw, P.C., counsel of record for Plaintiff Nicholas C. Smith-Washington and the putative Class in this matter. I submit this declaration in support of Plaintiff's Opposition to Defendant TaxAct Inc.'s Motion to Stay Under 9 U.S.C. § 3. I have personal knowledge of the facts set forth herein and, if called upon to testify, I could and would competently testify to the following.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the JAMS Streamlined Arbitration Rules and Procedures (Effective June 1, 2021). I obtained this document as follows: I visited jamsadr.com, and signed into my account. I then located and clicked on a link called "Rules & Clauses." On the webpage that I was navigated to, I clicked on the "Streamlined Arbitration Rules & Procedures" hyperlink. I then selected "Download a PDF version here" and downloaded it.

3. I initially tried to obtain a copy of the JAMS Streamlined Arbitration Rules and Procedures from the link provided in TaxAct's Terms of Service and License Agreement (located in the paragraph immediately below the Dispute Resolution; Binding Arbitration heading), but that link only brought me to the JAMS homepage. I then had to take the steps described above to access a copy of the Rules.

4. Attached hereto as **Exhibit 2** is a true and correct copy of JAMS Demand for Arbitration Form. I obtained this document by doing the following: I visited jamsadr.com, and after signing into my attorney account, I clicked on "Submit a Case" link at the top of the page. On the next webpage I clicked on "Submit An Arbitration" button and was brought to a screen that read "Demand For Arbitration Form" at the top. I then clicked on the webpage and saved it as a PDF.

5. In JAMS arbitrations, "[f]or two party matters, the Filing Fee is $2,000." *See* Exhibit 2. The court filing fee in this court is $402. *See* https://cand.uscourts.gov/about/clerks-office/court-fees/

6. Attached hereto as **Exhibit 3** is a true and correct copy of the JAMS Fee Schedule for the Honorable Robert Freeman (Ret.) obtained from Judge Freeman's assistant at JAMS in another case handled by HammondLaw, P.C. His daily arbitration rate is $8,500 and he charges $850 per hour for "other professional time, including additional hearing time, pre and post hearing reading and research,

and conference calls." It is my understanding that Judge Freeman conducts arbitrations out of JAMS in the Sacramento and Walnut Creek offices and that he charges mid-level rates in comparison to other JAMS neutrals.

7. Attached hereto as **Exhibit 4** is a true and correct copy of the JAMS Fee Schedule for the Honorable David E. Hunter (Ret.) I obtained from Judge Hunter's assistant at JAMS in another case handled by HammondLaw, P.C. His daily arbitration rate is $9,000 and he charges $900 per hour for "other professional time, including additional hearing time, pre and post hearing reading and research, and conference calls." It is my understanding that Judge Hunter conducts arbitrations out of JAMS in the Sacramento and Walnut Creek offices and that he charges mid-level rates in comparison to other JAMS neutrals.

8. I estimate that the arbitrator would spend approximately 10 hours on pretrial proceedings in an individual arbitration of Plaintiff's claims, and trial would last two to three days. Thus, I estimate that the total fee charged by the arbitrator would be at least $25,500 and as much as $34,000 (based on Judge Freeman's rates).

9. JAMS also assesses a 13% administration fee on all Professional Fees, which would amount to at least an additional $3,315 (13% of $25,500). *See* Exhibit 2.

10. Thus, I estimate that arbitration fees in Plaintiff's case, including the filing fee (without attorneys' fees that the arbitrator has the discretion to allocate to Plaintiff under the Streamlined Rules & Procedures, or travel costs set out in the paragraph below), could be at least $30,815.

11. The TaxAct, Inc.'s "Dispute Resolution; Binding Arbitration" provision requires Plaintiff (and other California users) to arbitrate their claims in Dallas, Texas, as well as to pursue and defendant any other relief (in small claims court, any appeals, and any enforcement of the arbitration award actions) in Dallas, Texas.

12. Plaintiff resides in Citrus Heights, California. Based on my search for airfare on expedia.com, airfare from Sacramento International Airport (SMF), which is the airport near the Citrus Heights area, to Dallas Fort Worth International Airport (DFW), is approximately $250 to $350, depending on travel days and times of day. Based on my search for hotels on expedia.com, a mid-range

hotel in the Dallas downtown area is approximately $300 per night (without taxes and fees). Based on my search in the Uber app, cab fare between Citrus Heights to SIA is approximately $40 one way, and cab fare between DFW to Dallas downtown is approximately $42 one way.  I estimate that the cost of travel and lodging alone, not accounting for Plaintiff's lost wages resulting from having to take time off work, would be approximately $1,350 for one 3-day trip to Dallas.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on April 20, 2023.

*Polina Brandler*