1  Sheila A.G. Armbrust (SBN 265998)
2  sarmbrust@sidley.com
   SIDLEY AUSTIN LLP
3  555 California Street, Suite 2000
   San Francisco, CA 94104
4  Telephone: (415) 772 1200
   Facsimile: (415) 772 7400

5  Jim Ducayet (*pro hac vice*)
6  jducayet@sidley.com
   SIDLEY AUSTIN LLP
7  One South Dearborn
   Chicago, IL 60603
8  Telephone: (312) 853 7000
   Facsimile: (312) 853 7036

9  Michele L. Aronson (*pro hac vice*)
10 maronson@sidley.com
   SIDLEY AUSTIN LLP
11 1501 K Street NW
   Washington, DC 20005
12 Telephone: (202) 736 8000
   Facsimile: (202) 736 8711

13 *Attorneys for Defendant TaxAct, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICOLAS C. SMITH-WASHINGTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TAXACT, INC.,<br><br>Defendant. | Case No. 3:23-cv-830-VC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO STRIKE, OR IN THE ALTERNATIVE, FOR LEAVE TO FILE A SURREPLY TO TAXACT'S MOTION TO STAY UNDER 9 U.S.C. § 3**<br><br>**[LOCAL RULE 7-11]** |

**[PROPOSED] ORDER**

Having considered Plaintiff's Administrative Motion to Strike, or in the Alternative, for Leave to File a Surreply to TaxAct's Motion to Stay Under 9 U.S.C. § 3 ("Administrative Motion"), the Court hereby **DENIES** the Administrative Motion.

**IT IS SO ORDERED.**

Dated: _____

Hon. Vince Chhabria
United States District Judge