UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS C. SMITH-WASHINGTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TAXACT, INC.,<br><br>　　　　　　Defendant. | Case No. 23-cv-00830-VC<br><br>**ORDER GRANTING EXTENSION OF TIME FOR TAXACT TO RESPOND TO COMPLAINT**<br><br>Re: Dkt. No. 46 |

　　　TaxAct's motion for an extension of time to respond to the complaint is granted. TaxAct is advised, however, that this does not mean it may also delay discovery. Discovery is to proceed, as previously ordered. *See* Dkt. No. 44.

　　　TaxAct's response to the complaint is due 14 days after the Court denies the anticipated motion to compel arbitration and stay the proceedings or, if the motion is granted, 14 days after the stay is lifted.

　　　**IT IS SO ORDERED.**

Dated: June 8, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　United States District Judge