Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

James W. Ducayet (*pro hac vice*)
jducayet@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853 7000
Facsimile: (312) 853 7036

Michele L. Aronson (*pro hac vice*)
maronson@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736 8000
Facsimile: (202) 736 8711

*Attorneys for Defendant Tax Act, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLAS C. SMITH-WASHINGTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAXACT, INC.,<br><br>Defendant. | Case No. 3:23-CV-00830-VC<br><br>Assigned to Hon. Vince Chhabria<br><br>**DEFENDANT TAXACT, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date: July 20, 2023<br>Time: 10:00 a.m.<br>Place: Courtroom 4, 17th Floor<br><br>Case Removed: February 23, 2023<br><br>(Superior Court of California Alameda County, Case No. 23cv026204) |

Defendant TaxAct, Inc's ("TaxAct") moves pursuant to Civil Local Rules 7-11 and 79-5(f) to seal Exhibit I and Exhibit K to the Declaration of Mark Jaeger in Support of Defendant TaxAct's Motion to Compel Arbitration and Stay Proceedings ("Mark Jaeger Declaration").

Pursuant to Local Rule 79-5(f), TaxAct identifies Exhibits I and K to the Mark Jaeger Declaration as containing information that Plaintiff may seek to seal in this action. Both exhibits reflect Plaintiff's sensitive personal information collected through his use of TaxAct's services, including his Taxpayer Identification Number, Social Security number, driver's license number, birthday and details of his log-in activity.

TaxAct has complied with Civil Local Rule 79-5(d) and the Court's Civil Standing Order. It has filed Exhibits I and K to the Mark Jaeger Declaration under seal, as attachments to an Administrative Motion to File Under Seal. The unsealed Exhibits are labeled: "SEALING OF ENTIRE EXHIBIT SOUGHT."

Date: June 8, 2023

Respectfully submitted,

By: */s/ Sheila A.G. Armbrust*
Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772 1200

James W. Ducayet (*pro hac vice*)
jducayet@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853 7000

Michele L. Aronson (*pro hac vice*)
maronson@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736 8000

*Attorneys for Defendant TaxAct, Inc.*