Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

James W. Ducayet (*pro hac vice*)
jducayet@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853 7000
Facsimile: (312) 853 7036

Michele L. Aronson (*pro hac vice*)
maronson@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736 8000
Facsimile: (202) 736 8711

*Attorneys for Defendant Tax Act, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICOLAS C. SMITH-WASHINGTON, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAXACT, INC.,<br><br>Defendant. | Case No. 3:23-CV-00830-VC<br>Assigned to Hon. Vince Chhabria<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TAXACT, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Case Removed: February 23, 2023<br>(Superior Court Of California Alameda County, Case No. 23cv026204) |

THIS MATTER comes before the Court upon Defendant TaxAct, Inc.'s ("TaxAct") Administrative Motion to Consider Whether Another Party's Material Should be Sealed, which was filed with this Court in the above-captioned action on June 8, 2023. Having considered TaxAct's Administrative Motion and pursuant to Civil Local Rule 79-5(f), and for good cause shown, TaxAct's Motion is GRANTED.

IT IS SO ORDERED.


DATED: _____        _____
The Honorable Vince Chhabria
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT TAXACT, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-CV-00830-VC