Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

James W. Ducayet (*pro hac vice*)
jducayet@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853 7000
Facsimile: (312) 853 7036

Michele L. Aronson (*pro hac vice*)
maronson@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736 8000
Facsimile: (202) 736 8711

*Attorneys for Defendant Tax Act, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICOLAS C. SMITH-WASHINGTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAXACT, INC.,<br><br>Defendant. | Case No. 3:23-CV-00830-VC<br><br>Assigned to Hon. Vince Chhabria<br><br>**STIPULATION TO REMOVE EXHIBITS FROM THE DOCKET AND [PROPOSED] ORDER**<br><br>Date:     July 20, 2023<br>Time:    10:00 a.m.<br>Place:    Courtroom 4, 17th Floor<br><br>Case Removed: February 23, 2023<br><br>(Superior Court of California Alameda County, Case No. 23cv026204) |

Plaintiff Nicolas C. Washington ("Plaintiff") and Defendant TaxAct, Inc ("TaxAct") submit this stipulated motion in accordance with Plaintiff's request and Civil Local Rule 7-11 to remove from the Court's docket: (1) Exhibit A to the Declaration of Mark Jaeger in Support of Defendant TaxAct's Reply in Support of Motion to Stay Under 9 U.S.C. § 3 ("Mark Jaeger Initial Declaration"), Dkt. No. 33-2, which was filed on the public docket with redactions; and (2) Exhibits I and K to the Declaration of Mark Jaeger in Support of Defendant TaxAct's Motion to Compel Arbitration and Stay Proceedings ("Mark Jaeger Declaration"), which were filed under seal, in unredacted form, on June 8, 2023, Dkt. Nos. 49-2, 49-3.

On May 4, 2023, TaxAct filed on the public docket Exhibit A to the Mark Jaeger Initial Declaration. *See* Dkt. No. 33-2. That exhibit contained redactions to Plaintiff's Taxpayer Identification Number, Social Security number, and day of birth. On May 25, 2023, the Court denied without prejudice TaxAct's Motion to Stay Under 9 U.S.C. § 3, for which that exhibit was filed in support. *See* Dkt. No. 44.

On June 8, 2023, TaxAct moved to file under seal the entirety of Exhibits I and K of the Mark Jaeger Declaration, which TaxAct identified as containing information that Plaintiff may seek to seal in this action. TaxAct filed unredacted versions of Exhibits I and K to the Mark Jaeger Declaration under seal, as an attachment to an Administrative Motion to File Under Seal. *See* Dkt. Nos. 49-2, 49-3. Exhibits I and K reflect Plaintiff's personal information collected through his use of TaxAct's services, including his Taxpayer Identification Number, Social Security number, driver's license number, date of birth, and details of his log-in activity.

Plaintiff has now asked—and TaxAct has no objection to Plaintiff's request—that the parties request this Court to remove the unredacted Exhibits I and K to the Mark Jaeger Declaration, which TaxAct filed under seal. Concurrently with this motion, Plaintiff and TaxAct are also filing a Joint Administrative Motion to File Under Seal Redacted Documents to introduce redacted versions of Exhibits I and K to the Mark Jaeger Declaration to the record. *See* Dkt. No. 53. Accordingly, the parties stipulate to remove the unredacted filed-under-seal Exhibits I and K to the Mark Jaeger Declaration (Dkt. Nos. 49-2, 49-3) from the Court's Docket. The parties also stipulated to remove

Exhibit A to the Mark Jaeger Initial Declaration, which was filed publicly with redactions (Dkt. No.33-2), from the Court's Docket.

Dated: June 9, 2023                                   Respectfully submitted,

                                                      /s/ Sheila A.G. Armbrust
                                                      Sheila A.G. Armbrust (SBN 265998)
                                                      SIDLEY AUSTIN LLP

                                                      *Attorney for Defendant TaxAct, Inc.*

Dated: June 9, 2023

                                                      /s/ Christina V. Tusan
                                                      Christina V. Tusan (SBN 192203)
                                                      HAMMONDLAW, P.C.

                                                      *Attorney for Plaintiff Nicolas C. Smith-Washington*

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Sheila A.G. Armbrust, attest that concurrence in the filing of this document has been obtained.

Dated: June 9, 2023                                   /s/ Sheila A.G. Armbrust
                                                      Sheila A.G. Armbrust

**[PROPOSED] ORDER**

Having considered the parties' Stipulated Administrative Motion, and for good cause shown, the Stipulated Administrative Motion to Remove Exhibits from the Docket is GRANTED. The unredacted filed-under-seal Exhibits I and K to the Declaration of Mark Jaeger in Support of Defendant TaxAct's Motion to Compel Arbitration and Stay Proceedings shall be removed from the Court's Docket.

**IT IS SO ORDERED.**

DATED:_____

HON. VINCE CHHABRIA
United States District Court Judge