UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS C. SMITH-WASHINGTON, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TAXACT, INC.,<br><br>　　　　　　Defendant. | Case No. 23-cv-00830-VC<br><br>**ORDER DENYING MOTION TO FILE REDACTED EXHIBITS UNDER SEAL AND GRANTING STIPULATION TO SEAL UNREDACTED EXHIBITS**<br><br>Re: Dkt. Nos. 53, 54 |

　　　　The motion to file redacted versions of Exhibits I and K entirely under seal is denied. *See* Dkt. No. 53. The redactions suffice to protect the plaintiff's personal information, and the parties have not demonstrated any need to further seal the exhibits. The stipulation to maintain under seal the unredacted versions of Exhibits I and K, and the partially redacted Exhibit A, is granted. *See* Dkt. Nos. 33, 49, 54.

　　　　**IT IS SO ORDERED.**

Dated: June 29, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge