Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772 1200
Facsimile: (415) 772 7400

James W. Ducayet (*pro hac vice*)
jducayet@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853 7000
Facsimile: (312) 853 7036

Michele L. Aronson (*pro hac vice*)
maronson@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736 8000
Facsimile: (202) 736 8711

*Attorneys for Defendant TaxAct, Inc.*

Julian Hammond (SBN 268489)
jhammond@hammondlawpc.com
Christina V. Tusan (SBN 192203)
ctusan@hammondlawpc.com
Adrian Barnes (SBN 253131)
abarnes@hammondlawpc.com
Polina Brandler (SBN 269086)
pbrandler@hammondlawpc.com
Ari Cherniak (SBN 290071)
acherniak@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Avenue, Suite 600
Tacoma, WA 98402
Telephone (310) 601-6766
Facsimile (310) 295-2385

Jason Seth Harrow (SBN 308560)
jason@gerstein-harrow.com
GERSTEIN HARROW, LLP
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
Telephone: (323) 744-5293

Emily Gerrick (*pro hac vice*)
emily@gerstein-harrow.com
GERSTEIN HARROW, LLP
810 7th St. NE, Ste. 301
Washington, DC 20002
Telephone: (202) 540-8105

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**NICHOLAS C. SMITH-WASHINGTON, JOYCE MAHONEY, JONATHAN AMES, and JENNY LEWIS** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**TAXACT, INC.,**

Defendant.

Case No. 3:23-CV-00830-VC
Assigned to Hon. Vince Chhabria

**JOINT STIPULATION ON CASE TIMELINE; ~~PROPOSED~~ ORDER**

Plaintiff Nicholas C. Smith-Washington, Joyce Mahoney, Jonathan Ames, and Jenny Lewis ("Plaintiffs") and Defendant TaxAct, Inc. ("Defendant") hereby stipulate to the following case timeline:

| Event | Deadline |
|---|---|
| Initial Disclosures | October 13, 2023 |
| Deadline for Plaintiffs to File Class Certification Motion | January 31, 2024 |
| Deadline for Defendant to file opposition to Plaintiffs' class certification motion | February 16, 2024 |
| Deadline for Plaintiffs to file reply in support of motion for class certification | February 29, 2024 |
| Hearing on Plaintiffs' motion for class certification (set by the Court) | March 14, 2024 |
| Further scheduling conference (set by the Court) | April 5, 2024 |

Respectfully submitted,

Dated: June 30, 2023

By: /s/ Michele Aronson
Michele L. Aronson (*pro hac vice*)

*Atorney for Defendant TaxAct, Inc.*

Dated: June 30, 2023

By: /s/ Christina Tusan
Christina Tusan (SBN 192203)

*Attorney for Plaintiffs Nicolas C. Smith-Washington, Jenny Lewis, Joyce Mahoney, and Jonathan Ames*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 6, 2023

HON. VINCE CHHABRIA
United States District Court Judge