Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772 1200
Facsimile: (415) 772 7400

James W. Ducayet (*pro hac vice*)
jducayet@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853 7000
Facsimile: (312) 853 7036

Michele L. Aronson (*pro hac vice*)
maronson@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736 8000
Facsimile: (202) 736 8711

*Attorneys for Defendant TaxAct, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICOLAS C. SMITH-WASHINGTON, JOYCE MAHONEY, JONATHAN AMES, and JENNY LEWIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAXACT, INC.,<br><br>Defendant. | Case No. 3:23-CV-00830-VC<br>Assigned to Hon. Vince Chhabria<br><br>**DECLARATION OF MARK JAEGER IN SUPPORT OF TAXACT'S REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND RESPONSE TO PLAINTIFFS' EVIDENTIARY OBJECTIONS, AND CERTIFYING RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)** |

# DECLARATION OF MARK JAEGER

I, Mark Jaeger, declare and certify:

1. The following information is based upon my personal knowledge. If called upon to do so, I could and would competently testify to the truth of the matters stated herein.

2. I am currently the Vice President of Tax Operations for Defendant TaxAct, Inc. ("TaxAct"). In my role, I am responsible for ensuring TaxAct is operating efficiently and with clarity regarding customers' taxes and I am familiar with the documents described in this declaration. I have served in this role since 2021. In my role, on a regular basis regarding TaxAct services, I partner with several team members, including Product Managers Chitra Goel and Chuck Kroemer.

3. I have been employed by TaxAct since 2006, and served in several roles prior to becoming Vice President of Tax Operations. Specifically, I served as a Taxpayer Support Specialist from 2006 to 2007, a Tax Analyst from 2007 to 2012, a Tax Team Lead from 2012 to 2015, and Director of Tax Development from 2015 to 2021. Throughout my tenure at TaxAct, I have become deeply familiar with TaxAct's internal records systems regarding the taxpayer experience.

4. I submit this certification in support of Exhibits A through R to the Declaration of Mark Jaeger in Support of Defendant TaxAct, Inc's Motion to Compel Arbitration and Stay Proceedings (Dkt. 68). I have personal knowledge of these exhibits, including based on my experience working at TaxAct. As part of preparing the declaration and exhibits, I reviewed the documents and consulted with the employees who report to me and extracted the exhibits from TaxAct's internal records systems.

5. Additionally, I submit this certification in support of Exhibits B and C to the Declaration of Mark Jaeger in Support of Defendant TaxAct, Inc's Motion to Compel Arbitration and Stay Proceedings (Dkt. 68). These exhibits are documents to which I have personal knowledge that represent the TaxAct Terms of Service and License Agreement ("Terms") in effect at different times during the period relevant to the ongoing matter.

6. The Terms are kept in the ordinary course of the business and periodically reviewed by TaxAct personnel for accuracy and effectiveness. A current version of the Terms is always maintained on TaxAct.com, accessible at a dedicated URL hyperlinked in the footer on each page of the website. As described herein, the Exhibits B and C referred to in this Declaration constitute records maintained, taken, or made in the regular or ordinary course of business of TaxAct at or near the time of the act, condition, event, or opinion to which they relate by—or from information transmitted by—me or other persons employed by TaxAct who had (1) knowledge of the act, condition, event, or opinion; and (2) a business duty to TaxAct to accurately and completely take, make, and maintain such records and documents in the regular practice of the regularly-conducted activities required by their positions.

7. The information contained in Exhibits B and C was sourced as follows:

a. Exhibit B includes a version of the Terms in effect on TaxAct.com beginning on or about January 5, 2017, which is the "last updated" date stated in the Terms. It is TaxAct's practice to revise the "last updated" date included at the top of the Terms when a substantive change is made to the existing Terms. These Terms were in effect until at or about March 22, 2018, when a new version of the Terms was uploaded to the website. Exhibit B was captured by TaxAct personnel or TaxAct's external legal counsel from the Internet Archive's Wayback Machine's, available at, www.archive.org/web/, archive of the URL at which the Terms are maintained, www.taxact.com/legal-notice. I have reviewed the document contained in Exhibit B and certify that it is a true and accurate copy of the Terms in effect on or about January 5, 2017.

b. Exhibit C includes a version of the Terms in effect on TaxAct.com beginning on or about November 17, 2020, which is the "last updated" date stated in the Terms. It is TaxAct's practice to revise the "last updated" date included at the top of the Terms when a substantive change is made to the existing Terms. These Terms are the current Terms in effect on the TaxAct website. Exhibit C was captured by TaxAct personnel or TaxAct's external legal counsel on December 9, 2022 from the URL where the Terms are maintained on TaxAct.com, www.taxact.com/legal-notice.

I have reviewed the document contained in Exhibit C and certify that it is a true and accurate copy of the Terms in effect on or about November 17, 2020.

8. Attached hereto as **Exhibit A** is a true and correct copy of the JAMS Streamlined Arbitration Rules & Procedures, dated June 1, 2021 and available on the JAMS website (jamsadr.com), incorporated by reference in the TaxAct Terms of Service and License Agreement. The previously-submitted Exhibit R incorrectly included the JAMS Comprehensive Arbitration Rules & Procedures.

I hereby declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

Executed on this 7th day of September 2023, in Cedar Rapids, Iowa.

____________________
Mark Jaeger

a. Exhibit B includes a version of the Terms in effect on TaxAct.com beginning on or about January 5, 2017, which is the "last updated" date stated in the Terms. It is TaxAct's practice to revise the "last updated" date included at the top of the Terms when a substantive change is made to the existing Terms. These Terms were in effect until at or about March 22, 2018, when a new version of the Terms was uploaded to the website. Exhibit B was captured by TaxAct personnel or TaxAct's external legal counsel from the Internet Archive's Wayback Machine's, available at, www.archive.org/web/, archive of the URL at which the Terms are maintained, www.taxact.com/legal-notice. I have reviewed the document contained in Exhibit B and certify that it is a true and accurate copy of the Terms in effect on or about January 5, 2017.

b. Exhibit C includes a version of the Terms in effect on TaxAct.com beginning on or about November 17, 2020, which is the "last updated" date stated in the Terms. It is TaxAct's practice to revise the "last updated" date included at the top of the Terms when a substantive change is made to the existing Terms. These Terms are the current Terms in effect on the TaxAct website. Exhibit C was captured by TaxAct personnel or TaxAct's external legal counsel on December 9, 2022 from the URL where the Terms are maintained on TaxAct.com, www.taxact.com/legal-notice. I have reviewed the document contained in Exhibit C and certify that it is a true and accurate copy of the Terms in effect on or about November 17, 2020.

8. Attached hereto as **Exhibit A** is a true and correct copy of the JAMS Streamlined Arbitration Rules & Procedures, dated June 1, 2021 and available on the JAMS website (jamsadr.com), incorporated by reference in the TaxAct Terms of Service and License Agreement. The previously-submitted Exhibit R incorrectly included the JAMS Comprehensive Arbitration Rules & Procedures.

I hereby declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

Executed on this 7th day of September 2023, in Cedar Rapids, Iowa.

Mark Jaeger