Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772 1200
Facsimile: (415) 772 7400

James W. Ducayet (*pro hac vice*)
jducayet@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853 7000
Facsimile: (312) 853 7036

Michele L. Aronson (*pro hac vice*)
maronson@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736 8000
Facsimile: (202) 736 8711

*Attorneys for Defendant TaxAct, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

NICOLAS C. SMITH-WASHINGTON, JOYCE MAHONEY, JONATHAN AMES, and JENNY LEWIS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

TAXACT, INC.,

Defendant.

Case No. 3:23-CV-00830-VC
Assigned to Hon. Vince Chhabria

**DECLARATION OF CHUCK KROEMER CERTIFYING RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11) IN SUPPORT OF TAXACT'S REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND RESPONSE TO PLAINTIFFS' EVIDENTIARY OBJECTIONS**

**DECLARATION OF CHUCK KROEMER**

I, Chuck Kroemer, declare and certify:

1. The following information is based upon my personal knowledge. If called upon to do so, I could and would competently testify to the truth of the matters stated herein.

2. I am currently a Product Manager for Defendant TaxAct, Inc. ("TaxAct"). In my role, I am responsible for the account-creation, user sign-in and certain aspects of the in-product user experience and I am familiar with the documents described in this declaration.

3. I submit this certification in support of Exhibits D, E, J, L, N, and P to the Declaration of Mark Jaeger in Support of Defendant TaxAct, Inc's Motion to Compel Arbitration and Stay Proceedings (ECF No. 68), which are documents depicting information identified and screenshotted or outputted by me out of TaxAct's internal systems and records kept in the ordinary course of business. As described herein, the exhibits referred to in this Declaration constitute records maintained, taken, or made in the regular or ordinary course of business of TaxAct at or near the time of the act, condition, event, or opinion to which they relate by—or from information transmitted by—me or other persons employed by TaxAct who had (1) knowledge of the act, condition, event, or opinion; and (2) a business duty to TaxAct to accurately and completely take, make, and maintain such records and documents in the regular practice of the regularly-conducted activities required by their positions.

4. The information contained in each exhibit was sourced as follows:

a. Exhibit D includes account creation screenshots from tax years 2017 to 2022. I captured these screenshots from the live tax-preparation product that is publicly accessible on the TaxAct website, internal TaxAct systems, and historical files kept in the ordinary course of business.

b. Exhibit E includes include account sign-in pages from tax years 2015 to 2017. I captured these screenshots from internal TaxAct systems and historical files kept in the ordinary course of business.

c. Exhibits J, L, N, and P are account activity logs that include outputs from TaxAct's internal electronic records systems relating to user accounts associated with certain individual taxpayers and their jointly-filed spouses, if applicable, for certain tax years (as applicable to the individual) from account creation to the most recent activity in the user account. I captured these outputs from internal TaxAct systems kept in the ordinary course of business.

I hereby declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

Executed on this 7th day of September 2023, in Mount Vernon, Iowa.

Chuck Kroemer



Scanned with CamScanner