# EXHIBIT A

**From:** Nick Zabokrtsky
**Sent:** Wednesday, August 2, 2023 12:37 PM
**To:** Nick Zabokrtsky
**Subject:** Fw: User Stories # 378579 (and 354728) - Decommission Conversant Container Tag & UDO

**Nick Zabokrtsky** | Manager, MarTech & Shopping
3200 Olympus Blvd.|Suite 150|Dallas, TX 75019
319.409.9677 | www.taxact.com

TaxAct

---

**From:** Nick Zabokrtsky
**Sent:** Wednesday, December 13, 2017 11:56 AM
**To:** Jenna Ivanoski <Jenna.Ivanoski@taxact.com>
**Cc:** Dustin Moser <DustinM@taxact.com>; Deb Sternhagen <deb.sternhagen@taxact.com>
**Subject:** RE: User Stories # 378579 (and 354728) - Decommission Conversant Container Tag & UDO

Hey Jenna,

I have done some spot checking and looks like the Conversant container code has been removed from the site as expected.

Thanks,

**Nick Zabokrtsky**
Digital Marketing Manager

319.409.9677 | nick.zabokrtsky@taxact.com
1425 60th Street, Cedar Rapids, IA 52402

TaxAct

---

**From:** Jenna Ivanoski
**Sent:** Tuesday, December 12, 2017 10:45 AM
**To:** Nick Zabokrtsky <nick.zabokrtsky@taxact.com>
**Cc:** Dustin Moser <DustinM@taxact.com>; Deb Sternhagen <deb.sternhagen@taxact.com>
**Subject:** User Stories # 378579 (and 354728) - Decommission Conversant Container Tag & UDO

Nick or Dustin,

Can you please review and confirm the work is done on this user story?

**Jenna Ivanoski**

Product Manager, Gig Economy

319.423.1159 | jenna.ivanoski@taxact.com
1425 60th Street NE, Cedar Rapids, IA 52402

TaxAct