JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
CHRISTINA TUSAN (SBN 192203)
ctusan@hammondlawpc.com
ADRIAN BARNES (SBN 253131)
abarnes@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
(310) 601-6766
(310) 295-2385 (Fax)
Attorneys for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICHOLAS C. SMITH-WASHINGTON, JOYCE MAHONEY, JONATHAN AMES**, and **JENNY LEWIS**, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**TAXACT, INC.**, an Iowa Corporation<br><br>Defendant. | Case No. 3:23-CV-00830-VC<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY CASE;** ~~PROPOSED~~ **ORDER**<br><br>**[LOCAL RULE 6-2]** |

WHEREAS, on July 12, 2023, Defendant TaxAct, Inc. filed a Notice of Motion and Motion to Compel Arbitration and Stay Proceedings on the grounds that Plaintiff agreed to arbitrate all disputes with TaxAct. Dkt. 68. That Motion is currently set for hearing on October 5, 2023 at 10:00 a.m.

WHEREAS, Plaintiffs' counsel and counsel for Defendant have conferred and agreed to pursue mediation. As such, the parties submit that it is in the best interest of the parties and the Court to continue the hearing date until a date that is on or after November 16, 2023.

WHEREAS, in the interest of conserving costs, as well as the Court's time and resources, the parties respectfully request that the hearing date on Defendant's Motion to Stay, currently scheduled for October 5, 2023, be continued until November 16, 2023, at 10:00 a.m. or a date thereafter that is selected by this Court.

WHEREAS, the parties have not requested any other extensions of the hearing date for this motion.

WHEREAS, the parties' request for a change in the hearing date on the Motion to Stay does not require changes to other deadlines in this case.

**IT IS SO STIPULATED.**

Dated: September 29, 2023          Respectfully submitted,

  /s/ James Ducayet
James W. Ducayet (*pro hac vice*)
SIDLEY AUSTIN LLP

*Attorney for Defendant TaxAct, Inc.*

Dated: September 29, 2023

/s/ Christina Tusan
Christina V. Tusan (SBN 192203)
HAMMONDLAW, P.C.

*Attorney for Plaintiff Nicolas C. Smith-Washington*

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties and good cause being shown, IT IS ORDERED that the hearing on Defendant's Motion to to Stay, currently scheduled for October 5, 2023, is continued until November 16, 2023 at 10:00 a.m.

DATED:  October 2, 2023

HON. VINCE CHABRIA
United States District Court Judge