Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

James W. Ducayet (*pro hac vice*)
jducayet@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853 7000
Facsimile: (312) 853 7036

Michele L. Aronson (*pro hac vice*)
maronson@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736 8000
Facsimile: (202) 736 8711

*Attorneys for Defendant TaxAct, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

NICHOLAS C. SMITH-WASHINGTON, JOYCE MAHONEY, JONATHAN AMES, and JENNY LEWIS, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

TAXACT, INC.,

Defendant.

Case No. 3:23-CV-00830-VC

Assigned to Hon. Vince Chhabria

**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS (ECF NO. 92)**

Date: September 21, 2023
Time: 10:00 a.m.
Place: Courtroom 4, 17th Floor

Defendant TaxAct, Inc. hereby gives notice of its non-opposition to Plaintiffs' Administrative Motion to Continue the Hearing on Defendant's Motion to Compel Arbitration and Stay Proceedings (ECF No. 92). Due to a miscommunication between counsel, Plaintiffs' motion incorrectly states that TaxAct opposes Plaintiffs' request to continue the hearing. ECF 92 at 4. To clarify the record, TaxAct does not oppose the motion to continue the hearing. However, TaxAct reserves its right to oppose any forthcoming motion by Plaintiffs for leave to amend the operative complaint.

Date: November 21, 2023

Respectfully submitted,

By: */s/ Jim W. Ducayet*

Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772 1200
Facsimile: (415) 772 7400

James W. Ducayet *(pro hac vice)*
jducayet@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853 7000
Facsimile: (312) 853 7036

Michele L. Aronson (*pro hac vice*)
maronson@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736 8000
Facsimile: (202) 736 8711

*Attorneys for Defendant TaxAct, Inc.*