Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

James W. Ducayet (*pro hac vice*)
jducayet@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853 7000
Facsimile: (312) 853 7036

Michele L. Aronson (*pro hac vice*)
maronson@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736 8000
Facsimile: (202) 736 8711

*Attorneys for Defendant Tax Act, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICHOLAS C. SMITH-WASHINGTON, JOYCE MAHONEY, JONATHAN AMES, and JENNY LEWIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAXACT, INC.,<br><br>Defendant. | Case No. 3:23-CV-00830-VC<br><br>Assigned to Hon. Vince Chhabria<br><br>**NOTICE OF SETTLEMENT AND STIPULATION FOR STAY PENDING PRELIMINARY APPROVAL SUBMISSION AND [PROPOSED] ORDER** |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Nicholas C. Smith-Washington, Joyce Mahoney, Jonathan Ames, and Jenney Lewis (collectively, "Plaintiffs") and Defendant TaxAct, Inc. ("TaxAct"), by and through their undersigned counsel, and subject to the approval of the Court, hereby stipulate and jointly request that the Court stay all current deadlines in these actions, take the January 11, 2024 and January 25, 2024 hearings off calendar, take the June 7, 2024 case management conference off calendar, and state the following in support thereof:

WHEREAS, on January 9, 2024 a settlement in principle was reached by and between Plaintiffs and TaxAct to resolve all of the claims and issues, subject only to the parties memorializing such agreement in a definitive settlement agreement and the approval of this Court;

WHEREAS, the parties reasonably require until February 16, 2024 to finalize and execute the formal settlement agreement and move for preliminary approval;

WHEREAS, Plaintiffs' motion of leave to file their proposed Second Amended Complaint and Plaintiffs' motion for protective order and corrective notice are scheduled to be heard by the Court on January 11, 2024;

WHEREAS, TaxAct's motion to compel arbitration and stay proceedings is scheduled to be heard by the Court on January 25, 2024;

WHEREAS, a case management conference is scheduled for June 7, 2024;

WHEREAS, a stay of this action will allow the parties to focus on finalizing the settlement and preparing the preliminary approval motion, and will conserve the resources of the parties and the Court due to the pending three motions;

NOW THEREFORE, the parties hereby stipulate and respectfully request the Court enter an Order:

(1) Staying all dates and deadlines in the above-captioned case;

(2) Taking the January 11, 2024 and January 25, 2024 hearings off calendar;

(3) Taking the case management conference scheduled for June 7, 2024 off calendar; and

(4) Requiring the parties to file a finalized settlement agreement and joint motion for preliminary approval of the settlement by February 16, 2024.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 10, 2024

*/s/ James W. Ducayet*
James W. Ducayet (*pro hac vice*)
SIDLEY AUSTIN LLP

*Attorney for Defendant TaxAct, Inc.*

Dated: January 10, 2024

*/s/ Christina V. Tusan*
Christina V. Tusan (SBN 192203)
HAMMONDLAW, P.C.

*/s/ Warren D. Postman*
Warren D. Postman (SBN 30869)
KELLER POSTMAN LLC

*Attorneys for Plaintiffs and Putative Class*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, James W. Ducayet, attest that concurrence in the filing of this document has been obtained.

Dated: January 10, 2024

*/s/ James W. Ducayet*
James W. Ducayet

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause being shown, IT IS ORDERED that:

(1) All dates and deadlines are stayed in this case;

(2) The January 11, 2024 hearing on Plaintiffs' motion of leave to file their proposed Second Amended Complaint and Plaintiffs' motion for protective order and corrective notice is taken off calendar;

(3) The January 25, 2024 hearing on TaxAct, Inc.'s motion to compel arbitration and stay proceedings is taken off calendar;

(4) The June 7, 2024 case management conference is taken off calendar; and

(5) The parties will file a finalized settlement agreement and joint motion for preliminary approval of the settlement by February 16, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:______________________

______________________
HON. VINCE CHHABRIA
United States District Court Judge