1  Sheila A.G. Armbrust (SBN 265998)
   sarmbrust@sidley.com
2  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
3  San Francisco, CA 94104
   Telephone: (415) 772-1200
4  Facsimile: (415) 772-7400

5  James W. Ducayet (*pro hac vice*)
   jducayet@sidley.com
6  SIDLEY AUSTIN LLP
   One South Dearborn
7  Chicago, IL 60603
   Telephone: (312) 853 7000
8  Facsimile: (312) 853 7036

9  Michele L. Aronson (*pro hac vice*)
   maronson@sidley.com
10 SIDLEY AUSTIN LLP
   1501 K Street NW
11 Washington, DC 20005
   Telephone: (202) 736 8000
12 Facsimile: (202) 736 8711

13 *Attorneys for Defendant Tax Act, Inc.*

14                **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16                 **SAN FRANCISCO DIVISION**

17

18 NICHOLAS C. SMITH-WASHINGTON, JOYCE     Case No. 3:23-CV-00830-VC
   MAHONEY, JONATHAN AMES, and JENNY
19 LEWIS, on behalf of themselves and all others   Assigned to Hon. Vince Chhabria
   similarly situated,
20
                   Plaintiffs,
21                                             **NOTICE OF SETTLEMENT AND
                                               STIPULATION FOR STAY PENDING
22        v.                                   PRELIMINARY APPROVAL
                                               SUBMISSION AND [~~PROPOSED~~]
23 TAXACT, INC.,                               ORDER**

24                   Defendant.

25

26

27

28

1    Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Nicholas C. Smith-Washington, Joyce

2  Mahoney, Jonathan Ames, and Jenney Lewis (collectively, "Plaintiffs") and Defendant TaxAct, Inc.

3  ("TaxAct"), by and through their undersigned counsel, and subject to the approval of the Court,

4  hereby stipulate and jointly request that the Court stay all current deadlines in these actions, take the

5  January 11, 2024 and January 25, 2024 hearings off calendar, take the June 7, 2024 case

6  management conference off calendar, and state the following in support thereof:

7    WHEREAS, on January 9, 2024 a settlement in principle was reached by and between

8  Plaintiffs and TaxAct to resolve all of the claims and issues, subject only to the parties

9  memorializing such agreement in a definitive settlement agreement and the approval of this Court;

10    WHEREAS, the parties reasonably require until February 16, 2024 to finalize and execute

11  the formal settlement agreement and move for preliminary approval;

12    WHEREAS, Plaintiffs' motion of leave to file their proposed Second Amended Complaint

13  and Plaintiffs' motion for protective order and corrective notice are scheduled to be heard by the

14  Court on January 11, 2024;

15    WHEREAS, TaxAct's motion to compel arbitration and stay proceedings is scheduled to be

16  heard by the Court on January 25, 2024;

17    WHEREAS, a case management conference is scheduled for June 7, 2024;

18    WHEREAS, a stay of this action will allow the parties to focus on finalizing the settlement

19  and preparing the preliminary approval motion, and will conserve the resources of the parties and the

20  Court due to the pending three motions;

21

22  NOW THEREFORE, the parties hereby stipulate and respectfully request the Court enter an Order:

23    (1) Staying all dates and deadlines in the above-captioned case;

24    (2) Taking the January 11, 2024 and January 25, 2024 hearings off calendar;

25    (3) Taking the case management conference scheduled for June 7, 2024 off calendar; and

26    (4) Requiring the parties to file a finalized settlement agreement and joint motion for preliminary

27      approval of the settlement by February 16, 2024.

28    **IT IS SO STIPULATED.**

1

NOTICE OF SETTLEMENT AND STIPULATION FOR STAY PENDING PRELIMINARY APPROVAL SUBMISSION AND
[PROPOSED] ORDER, CASE NO. 3:23-CV-00830-VC

Respectfully submitted,

Dated: January 10, 2024

/s/ James W. Ducayet
James W. Ducayet (*pro hac vice*)
SIDLEY AUSTIN LLP

*Attorney for Defendant TaxAct, Inc.*

Dated: January 10, 2024          /s/ Christina V. Tusan
Christina V. Tusan (SBN 192203)
HAMMONDLAW, P.C.

/s/ Warren D. Postman
Warren D. Postman (SBN 30869)
KELLER POSTMAN LLC

*Attorneys for Plaintiffs and Putative Class*

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, James W. Ducayet, attest that concurrence in the filing of this document has been obtained.

Dated: January 10, 2024                    /s/ James W. Ducayet
James W. Ducayet

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause being shown, IT IS ORDERED that:

(1) All dates and deadlines are stayed in this case;

(2) The January 11, 2024 hearing on Plaintiffs' motion of leave to file their proposed Second Amended Complaint and Plaintiffs' motion for protective order and corrective notice is taken off calendar;

(3) The January 25, 2024 hearing on TaxAct, Inc.'s motion to compel arbitration and stay proceedings is taken off calendar;

(4) The June 7, 2024 case management conference is taken off calendar; and

(5) The parties will file a finalized settlement agreement and joint motion for preliminary approval of the settlement by February 16, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  January 10, 2024

HON. VINCE CHHABRIA
United States District Court Judge