1  JULIAN HAMMOND (SBN 268489)
   jhammond@hammondlawpc.com
2  CHRISTINA TUSAN (SBN 192203)
   ctusan@hammondlawpc.com
3  ADRIAN BARNES (SBN 253131)
   abarnes@hammondlawpc.com
4  ARI CHERNIAK (SBN 290071)
   acherniak@hammondlawpc.com
5  POLINA BRANDLER (SBN 269086)
   pbrandler@hammondlawpc.com
6  HAMMONDLAW, P.C.
   1201 Pacific Ave, 6th Floor
7  Tacoma, WA 98402
   (310) 601-6766 (Office)
8  (310) 295-2385 (Fax)

9  WARREN D. POSTMAN (SBN 330869)
   wdp@kellerpostman.com
10 KELLER POSTMAN LLC
   1101 Connecticut Avenue, N.W., Suite 1100
11 Washington, DC 20036
   (312) 741-5220 (Office)
12 (312) 971-3502 (Fax)

13
   *Attorneys for Plaintiffs and the Putative Classes*
14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17

18 | NICHOLAS C. SMITH-WASHINGTON, JOYCE MAHONEY, JONATHAN AMES, and JENNY LEWIS, on behalf of themselves and all others similarly situated, | Case No. 3:23-CV-00830-VC |
| --- | --- |
|  | **STIPULATED REQUEST TO CONTINUE THE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;** ~~PROPOSED~~ **ORDER** |
| Plaintiffs, |  |
| v. |  |
| TAXACT, INC., |  |
| Defendant. |  |

1  Plaintiffs Nicholas C. Smith-Washington, Joyce Mahoney, Jonathan Ames, and Jenny Lewis
2  ("Plaintiffs"), and Defendant Tax Act, Inc. ("Defendant"), hereby stipulate and request as follows:
3  WHEREAS, on January 10, 2024, the parties filed a Notice of Settlement and requested that
4  the Court vacate all hearings and stay the case while the parties prepared their Settlement Agreement
5  and Motion for Preliminary Approval of Class Action Settlement. Dkt. 106. The same day, the Court
6  granted the stipulation, and ordered the Motion for Preliminary Approval of Class Action Settlement
7  be filed by February 16, 2024. Dkt. 107.
8  WHEREAS, the Parties have been working diligently to finalize the long form settlement
9  agreement and class notice and are engaging with various settlement administrators to obtain the most
10 efficient and economical method of administering the settlement.
11 WHEREAS, Plaintiffs are also working diligently to draft their preliminary approval motion
12 papers and supporting declarations which they will submit promptly once the Settlement Agreement
13 is finalized and executed.
14 WHEREAS, the Parties require a short continuance to the deadline to file their Motion for
15 Preliminary Approval and respectfully request that the Court provide an additional seven (7) days to
16 do so, by which time the Parties will have fully executed the Settlement Agreement and Plaintiffs will
17 have filed their motion.
18 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the
19 deadline for Plaintiffs to file their Motion for Preliminary Approval be continued from February 16,
20 2024 until February 23, 2024. IT IS SO STIPULATED.

Dated: 2/5/24

Respectfully submitted,

_____/s/ James W. Ducayet_____
James W. Ducayet (*pro hac vice*)
SIDLEY AUSTIN LLP
*Attorney for Defendant TaxAct, Inc.*

Dated: 2/5/2024

_____/s/ Christina Tusan_____
Christina V. Tusan (SBN 192203)
HAMMONDLAW, P.C.
*Attorney for Plaintiffs and Putative Class*

**[PROPOSED] ORDER**

The Court, having considered the parties' Stipulated Request, and good cause appearing, HEREBY GRANTS the Request. The deadline for Plaintiffs to file their Motion for Preliminary Approval is hereby continued from February 16, 2024 until February 23, 2024. **IT IS SO ORDERED.**

Dated:  February 6, 2024

_____
HON. VINCENT CHABRIA
UNITED STATES DISTRICT JUDGE