JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
CHRISTINA TUSAN (SBN 192203)
ctusan@hammondlawpc.com
ADRIAN BARNES (SBN 253131)
abarnes@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
(310) 601-6766 (Office)
(310) 295-2385 (Fax)

WARREN D. POSTMAN (SBN 330869)
wdp@kellerpostman.com
KELLER POSTMAN LLC
1101 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036
(312) 741-5220 (Office)
(312) 971-3502 (Fax)

*Attorneys for Plaintiffs and the Putative Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHOLAS C. SMITH-WASHINGTON, JOYCE MAHONEY, JONATHAN AMES, and JENNY LEWIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAXACT, INC.,<br><br>Defendant. | Case No. 3:23-CV-00830-VC<br><br>**JOINT STIPULATION TO FILE SECOND AMENDED COMPLAINT; [PROPOSED] ORDER** |

Plaintiffs Nicholas C. Smith-Washington, Joyce Mahoney, Jonathan Ames, and Jenny Lewis ("Plaintiffs"), and Defendant Tax Act, Inc. ("Defendant"), hereby stipulate and request as follows:

1. The parties have reached a class-wide settlement in this matter. In order to obtain court approval of the class settlement, the parties stipulate and agree that Plaintiffs may file a Second Amended Complaint adding additional parties and additional class claims as follows:

a. Adding Mathew Hartz as a Named Plaintiff;

b. Updating TaxAct's principal place of business address;

c. Excluding parties from the Class who may have conflicts of interest, including Defendant, its officers, directors, management, employees, subsidiaries, and affiliates; the Court, judicial officers and their personnel, and all governmental entities;

d. Excluding consumers who seek to arbitrate their claim against Defendant;

e. Adding a cause of action for breach of contract;

f. Adding a prayer for relief under Cal. Penal Code §§ 496 and 502 *et seq*. for the violations alleged in the Eighth and Ninth causes of action; and

g. other changes consistent with these amendments.

2. Plaintiffs proposed Second Amended Complaint is attached as **Exhibit 1**. A redlined copy of the proposed Second Amended Complaint is attached as **Exhibit 2.**

3. In entering into this Stipulation, TaxAct does not concede any of the allegations in the proposed Second Amended Complaint and reserves all rights.

IT IS SO STIPULATED.

Dated: February 15, 2024

s/ James Ducayet
James W. Ducayet (pro hac vice)
SIDLEY AUSTIN LLP
Attorney for Defendant TaxAct, Inc.

s/ Christina Tusan
Christina V. Tusan (SBN 192203)
HAMMONDLAW, P.C.
Attorney for Plaintiffs and Putative Class

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ________________________

______________________________
HON. VINCENT CHHABRIA
UNITED STATES DISTRICT COURT