1   JULIAN HAMMOND (SBN 268489)
    jhammond@hammondlawpc.com
2   CHRISTINA TUSAN (SBN 192203)
    ctusan@hammondlawpc.com
3   ADRIAN BARNES (SBN 253131)
    abarnes@hammondlawpc.com
4   ARI CHERNIAK (SBN 290071)
    acherniak@hammondlawpc.com
5   POLINA BRANDLER (SBN 269086)
    pbrandler@hammondlawpc.com
6   HAMMONDLAW, P.C.
    1201 Pacific Ave, 6th Floor
7   Tacoma, WA 98402
    (310) 601-6766 (Office)
8   (310) 295-2385 (Fax)

9   WARREN D. POSTMAN (SBN 330869)
    wdp@kellerpostman.com
10  KELLER POSTMAN LLC
    1101 Connecticut Avenue, N.W., Suite 1100
11  Washington, DC 20036
    (312) 741-5220 (Office)
12  (312) 971-3502 (Fax)

13  *Attorneys for Plaintiffs and the Putative Classes*

14

15                    **UNITED STATES DISTRICT COURT**

16                   **NORTHERN DISTRICT OF CALIFORNIA**

17

18  | NICHOLAS C. SMITH-WASHINGTON, JOYCE | Case No. 3:23-CV-00830-VC |
19  MAHONEY, JONATHAN AMES, MATTHEW
    HARTZ, and JENNY LEWIS, on behalf of      **STIPULATED REQUEST TO**
    themselves and all others similarly situated,   **CONTINUE THE DEADLINE TO FILE**
20                                              **MOTION FOR PRELIMINARY**
                    Plaintiffs,                 **APPROVAL OF CLASS ACTION**
21                                              **SETTLEMENT;** ~~**PROPOSED**~~ **ORDER**

22              v.

23  TAXACT, INC.,

24                  Defendant.

25

26

27

28

1   Plaintiffs Nicholas C. Smith-Washington, Joyce Mahoney, Jonathan Ames, Jenny Lewis, and

2   Matthew Hartz ("Plaintiffs"), and Defendant Tax Act, Inc. ("Defendant"), hereby stipulate and request

3   as follows:

4   WHEREAS, on January 10, 2024, the parties filed a Notice of Settlement and requested that

5   the Court vacate all hearings and stay the case while the parties prepared their Settlement Agreement

6   and Motion for Preliminary Approval of Class Action Settlement. Dkt. 106. The same day, the Court

7   granted the stipulation, and ordered the Motion for Preliminary Approval of Class Action Settlement

8   be filed by February 16, 2024. Dkt. 107. The Court subsequently continued that deadline until

9   February 23, 2024 per stipulation of the parties. Dkt. 109.

10  WHEREAS, the Parties have been working diligently to finalize the long form Settlement

11  Agreement and class notice but require additional time to do so.

12  WHEREAS, Plaintiffs are also working diligently to draft their preliminary approval motion

13  papers and supporting declarations, which will incorporate the long form Settlement Agreement, and

14  which they will file promptly along with the fully executed Settlement Agreement.

15  WHEREAS, to allow the parties time to finalize the Settlement, and incorporate it into the

16  preliminary approval motion papers, the Parties respectfully request a short three (3) day continuance

17  to the deadline for Plaintiffs to file their Motion for Preliminary Approval.

18  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the

19  deadline for Plaintiffs to file their Motion for Preliminary Approval be continued from Friday,

20  February 23, 2024 until Monday, February 26, 2024. IT IS SO STIPULATED.

21  ///

22

23

24

25

26

27

28

1

2    Dated: February 21, 2024

3

4

5

6

7    Dated: February 21, 2024

8

Respectfully submitted,

_____s/ James Ducayet_____
James W. Ducayet (*pro hac vice*)
SIDLEY AUSTIN LLP

*Attorney for Defendant TaxAct, Inc.*

_____s/ Christina Tusan_____
Christina V. Tusan (SBN 192203)
HAMMONDLAW, P.C.
*Attorney for Plaintiffs and Putative Class*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER

The Court, having considered the parties' Stipulated Request, and good cause appearing, HEREBY GRANTS the Request. The deadline for Plaintiffs to file their Motion for Preliminary Approval is hereby continued from February 23, 2024 until February 26, 2024. **IT IS SO ORDERED.**

Dated: __February 22, 2024_____

_____
HON. VINCE CHHABRIA UNITED
STATES DISTRICT JUDGE