JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
CHRISTINA TUSAN (SBN 192203)
ctusan@hammondlawpc.com
ADRIAN BARNES (SBN 253131)
abarnes@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
POLINA BRANDLER (SBN 269086)
pbrandler@hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
(310) 601-6766
(310) 295-2385 (Fax)

*Attorneys for Plaintiffs and Settlement Classes*

*Additional Counsel listed on the next page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**NICOLAS C. SMITH-WASHINGTON, JOYCE MAHONEY, JONATHAN AMES, MATTHEW HARTZ** and **JENNY LEWIS**, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**TAXACT, INC.,** an Iowa Corporation

Defendant.

Case No. 3:23-CV-00830-VC

**PLAINTIFFS' STATEMENT IN CONNECTION WITH REQUEST FOR LEAVE TO FILE SUPPLEMENTAL OBJECTION OF MATTHEW SESSOMS (DKT. 144)**

WARREN D. POSTMAN (SBN 330869)
wdp@kellerpostman.com
KELLER POSTMAN LLC
1101 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036
(312) 741-5220 (Office)
(312) 971-3502 (Fax)

ETHAN H. AMES (SBN 339027)
ethan.ames@kellerpostman.com
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
(312) 741-5220 (Office)
(312) 971-3502 (Fax)

Plaintiffs submit this response to the Request for Leave to File a Supplemental Objection of Matthew Sessoms, Dkt. 144, to allay any possible concerns that may arise in the mind of the Court based on Mr. Sessoms Request and the substantive arguments he previews therein.

## I. <u>There Has Been Absolutely No Indication of Any Confusion Among the Members of the Married Filing Jointly Class</u>

There has been absolutely no indication of any confusion among the members of the Married Filing Jointly Class with respect to the Claims process, including the question in the Claim Form that Mr. Sessoms takes issue with. The Claims process is straightforward and is written in simple language for a layperson to understand. The Class Form provides the definition for the Nationwide Class and for the Nationwide Married Filing Jointly Class. To complete the Claim Form, Class Members are required to provide their name and contact information in Part I; select from a drop-down menu in Part II whether they filed an "Individual Tax Return" or a "Joint Tax Return" and state "yes" or "no" to the following question: "Is your contact information above the same as the information associated with your TaxAct account at the time you used Tax Act services?" *See* Declaration of Scott M. Fenwick of Kroll Settlement Administration LLC In Connection With Matthew Sessoms' Supplemental Objection ("Kroll Decl."), filed herewith, at ¶ 4 and <u>Exhibit A.</u> Class Members are then required to select their preferred method of payment in Part III and verify that the information they provide on the Claim Form is accurate in Part IV.

Mr. Sessoms complains that the question in Part II of the Claim Form – "Is your contact information above the same as the information associated with your TaxAct account at the time you used Tax Act services?" – is confusing to the members of the Married Filing Jointly Class because they never "used" TaxAct services, instead their spouses did. However, this question simply asks Class Members if their current contact information is the same or different from the information associated with their TaxAct account, so that the Settlement Administrator can confirm/verify that claimants are Settlement Class Members. *See* Kroll Decl., ¶ 4.

Moreover, the results of the claims process indicate there has been *no* such confusion. A substantial number of Claims (several hundred thousand) has been submitted to date, and a very large portion of the Claim (currently estimated at approximately 47%) have been submitted by the members

who indicated that they filed Joint Tax Returns, i.e. members of the Married Filing Jointly Class. Kroll Decl., ¶ 7.

## II. **Conclusion**

Based on the foregoing, Plaintiffs submit that the objection which Mr. Sessoms seeks leave to file does not raise any valid concerns regarding the administration of the settlement in this matter, including the notice and claims submissions process or any other issue.

Dated: September 11, 2024

HAMMONDLAW, P.C.

/s/ Polina Brandler
Polina Brandler