Julian Hammond (SBN 268489)
Jhammond@Hammondlawpc.com
Christina Tusan (SBN 192203)
Ctusan@Hammondlawpc.com
Adrian Barnes (SBN 253131)
Abarnes@Hammondlawpc.com
Ari Cherniak (SBN 290071)
Acherniak@Hammondlawpc.com
Polina Brandler (SBN 269086)
Pbrandler@Hammondlawpc.com
HAMMONDLAW, P.C.
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
Telephone: (310) 601-6766
Facsimile: (310) 295-2385 (Fax)

WARREN D. POSTMAN (SBN 330869)
wdp@kellerpostman.com
KELLER POSTMAN LLC
1101 Connecticut Avenue, N.W., Suite 1100
Floor Washington, DC 20036
Telephone: (312) 741-5220
Facsimile: (312) 971-3502

*Attorneys for Plaintiffs and the Settlement Classes*

Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772 1200
Facsimile: (415) 772 7400

James W. Ducayet (*pro hac vice*)
jducayet@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853 7000
Facsimile: (312) 853 7036

Michele L. Aronson (*pro hac vice*)
maronson@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736 8000
Facsimile: (202) 736 8711

*Attorneys for Defendant TaxAct, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**NICHOLAS C. SMITH-WASHINGTON, JOYCE MAHONEY, JONATHAN AMES, MATTHEW HARTZ,** and **JENNY LEWIS**, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

**TAXACT, INC.**, an Iowa corporation,

Defendant.

Case No.: 3:23-CV-00830-VC

Assigned to: Hon. Vince Chhabria

**SUPPLEMENTAL DECLARATION OF SCOTT M. FENWICK OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT**

Date: November 21, 2024
Time: 2:00 p.m.
Dept: Courtroom 4 – 17th floor

I, Scott M. Fenwick, declare as follows:

## INTRODUCTION

1. I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator appointed in the above-captioned case, whose principal office is located at 2000 Market Street, Suite 2700, Philadelphia, Pennsylvania 19103. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed in connection with final approval of the Settlement.

2. This declaration supplements the *Declaration of Scott Fenwick of Kroll Settlement Administration LLC in Connection with the Court's August 27, 2024 Order*, filed on August 29, 2024 (the "Initial Declaration") and the *Declaration of Scott M. Fenwick of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement* (the "Fenwick Declaration"), filed on October 11, 2024, in order to provide additional or updated information to the Court regarding receiving and processing Claim Forms. The Initial Declaration and Fenwick Declaration are incorporated herein by reference in their entirety.

## CLAIM ACTIVITY

3. The Claims Submission Deadline was September 11, 2024.

4. As of October 25, 2024, Kroll has received 4,331 Claim Forms through the mail and an additional 419,736 Claim Forms filed electronically through the Settlement Website. Kroll is still in the process of reviewing and validating Claim Forms. As of October 25, 2024, Kroll received 422,057 claims that were filed by Settlement Class Members.

5. As of October 25, 2024, Kroll has received 334 late Claim Forms. Kroll will process late Claim Forms as timely until such time as Kroll creates a distribution file for the issuance of settlement payments, unless the Court instructs otherwise.

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Class Action Settlement Agreement and Release (the "Settlement Agreement") entered into in this Action.

**CERTIFICATION**

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on October 25, 2024, in Inver Grove Heights, Minnesota.

/s/ Scott M. Fenwick
SCOTT M. FENWICK