James P. Goslee (Cal. Bar. No. 267579)
Eric S. Pasternack (admitted *pro hac vice*)
COHEN, PLACITELLA & ROTH, P.C.
2001 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone:   (215) 567-3500
Facsimile:   (215) 567-6019
Email:       jgoslee@cprlaw.com
             epasternack@cprlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS C. SMITH-WASHINGTON, JOYCE MAHONEY, JONATHAN AMES, MATTHEW HARTZ, and JENNY LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>TAXACT, INC.,<br><br>Defendant. | Civil Action No. 3:23-CV-830-VC<br><br>**NOTICE OF APPEAL BY OBJECTORS JAMES KIRKHAM AND MATTHEW SESSOMS** |

## NOTICE OF APPEAL

Objecting Class Members James Kirkham and Matthew Sessoms ("Objectors") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the December 30, 2024, Order Granting Motion for Final Settlement Approval (Dkt. 162), the December 30, 2024, Order Granting In Part Motion for Attorneys' Fees (Dkt. 163), and the April 30, 2024, Order Granting Motion for Preliminary Approval of the Class Action Settlement (Dkt. 132).

Objectors are aware of one related appeal, which is presently pending in the United States Court of Appeals for the Third Circuit in *Kirkham v. TaxAct, Inc.*, No. 24-1515.

Objectors' Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

                Respectfully submitted,

                COHEN, PLACITELLA & ROTH, P.C.

By:   /s/ James P. Goslee
       James P. Goslee (#267579)
       Eric S. Pasternack (admitted *pro hac vice*)
       2001 Market St., Suite 2900
       Philadelphia, PA 19103
       Telephone:   (215) 567-3500
       Facsimile:    (215) 567-6019
       Email:        jgoslee@cprlaw.com
                      epasternack@cprlaw.com

***Counsel to James Kirkham and Matthew Sessoms***

Dated: January 2, 2024

## REPRESENTATION STATEMENT (9TH CIR. RULE 3-2(B))

The undersigned counsel represent Objectors and Appellants James Kirkham and Matthew Sessoms. The following list identifies all parties to the action below, and identifies their counsel by name, address, telephone number and email address.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Objectors James Kirkham and Matthew Sessoms | James P. Goslee<br>Eric S. Pasternack<br>COHEN, PLACITELLA & ROTH, P.C.<br>2001 Market Street, Suite 2900<br>Philadelphia, PA 19103<br>Telephone: (215) 567-3500<br>Facsimile: (215) 567-6019<br>Email: jgoslee@cprlaw.com<br>epasternack@cprlaw.com |
| Plaintiffs Nicholas C. Smith-Washington, Joyce Mahoney, Jonathan Ames, Matthew Hartz, and Jenny Lewis | Julian Hammond<br>HAMMOND LAW, P.C.<br>1201 Pacific Ave., 6th Floor<br>Tacoma, WA 98402<br>Telephone: (310) 601-6766<br>Facsimile: (310) 295-2385<br>Email: jhammond@hammondlawpc.com<br><br>Warren D. Postman<br>KELLER POSTMAN LLC<br>1101 Connecticut Ave., N.W., Suite 1100<br>Washington, DC 20036<br>Telephone: (312) 741-5220<br>Facsimile: (312) 971-3502<br>Email: wdp@kellerpostman.com<br><br>Ethan H. Ames<br>KELLER POSTMAN LLC<br>150 N. Riverside Plaza, Suite 4100<br>Chicago, IL 60606<br>Telephone: (312) 741-5220<br>Facsimile: (312) 971-3502<br>Email: ethan.ames@kellerpostman.com |
| Defendant TaxAct, Inc. | Sheila A.G. Armbrust<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200 |

|  | Facsimile: (415) 772-7400 |
|  | Email: sarmbrust@sidley.com |
|  | |
|  | James W. Ducayet |
|  | SIDLEY AUSTIN LLP |
|  | One South Dearborn |
|  | Chicago, IL 60603 |
|  | Telephone: (312) 853-7000 |
|  | Facsimile: (312) 853-7036 |
|  | Email: jducayet@sidley.com |
|  | |
|  | Michele L. Aronson |
|  | SIDLEY AUSTIN LLP |
|  | 1501 K Street NW |
|  | Washington, DC 20005 |
|  | Telephone: (202) 736-8000 |
|  | Facsimile: (202) 736-8711 |
|  | Email: maronson@sidley.com |

Respectfully submitted,

COHEN, PLACITELLA & ROTH, P.C.

By:  /s/ James P. Goslee
 James P. Goslee (#267579)
 Eric S. Pasternack (admitted *pro hac vice)*
 2001 Market St., Suite 2900
 Philadelphia, PA 19103
 Telephone:  (215) 567-3500
 Facsimile:  (215) 567-6019
 Email:   jgoslee@cprlaw.com
    epasternack@cprlaw.com

***Counsel to James Kirkham and Matthew Sessoms***

Dated: January 2, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2025, I caused to be electronically filed the foregoing brief with the Clerk of the Court via CM/ECF. Notice of this filing will be delivered to all parties by operation of the Court's electronic filing system.

                COHEN, PLACITELLA & ROTH, P.C.

By: /s/ James P. Goslee
     James P. Goslee (#267579)
     Eric S. Pasternack (admitted *pro hac vice)*
     2001 Market St., Suite 2900
     Philadelphia, PA 19103
     Telephone:  (215) 567-3500
     Facsimile:  (215) 567-6019
     Email:  jgoslee@cprlaw.com
             epasternack@cprlaw.com

***Counsel to James Kirkham and Matthew Sessoms***