Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

James W. Ducayet (*pro hac vice*)
jducayet@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853 7000
Facsimile: (312) 853 7036

*Attorneys for Defendant Tax Act, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICHOLAS C. SMITH-WASHINGTON, JOYCE MAHONEY, JONATHAN AMES, and JENNY LEWIS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>TAXACT, INC.,<br><br>        Defendant. | Case No. 3:23-CV-00830-VC<br>Assigned to Hon. Vince Chhabria<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective February 1, 2026, the mailing address for Sheila A.G. Armbrust of Sidley Austin LLP, counsel for Defendant TaxAct, Inc. ("Defendant"), has changed as follows:

Sheila A.G. Armbrust (SBN 265998)
SIDLEY AUSTIN LLP
101 California Street, Suite 3500
San Francisco, CA 94111

Counsel's telephone number, facsimile number, and email addresses remain the same. There is no change in address or contact information for the other listed counsel for the Defendant. Please update all service lists accordingly.

Date:  February 1, 2026                           SIDLEY AUSTIN LLP


By:  /s/ Sheila A.G. Armbrust
     Sheila A.G. Armbrust

1

NOTICE OF CHANGE OF ADDRESS, CASE NO. 3:23-CV-00830-VC